# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

July 15, 2026

Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Tanizigia Florence Brown v. Comm'r of SSA 1:26-cv-03009-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on July 15, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including September 14, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and further requests his dispositive motion be due a total of 60 days after Plaintiff's deadline.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Candace Brown Casey, Esq. (Via ECF)
Attorney for Defendant.

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: July 17, 2026**

The extension request is GRANTED. Plaintiff's brief is due **September 14, 2026**, and Defendant's response is due **November 13, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 10.