# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 15, 2026**

The extension request is mooted by Plaintiff's filing at ECF No. 13. The Clerk of Court is respectfully directed to close the motion at ECF No. 12.

September 11, 2026

Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Tanizigia Florence Brown v. Comm'r of SSA 1:26-cv-03009-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 14, 2026. Due to a continued heavy caseload, Plaintiff has not been able to timely prepare the brief in this matter and therefore respectfully requests that the date for Plaintiff's motion be extended 45 days, through and including October 29, 2026. This is Plaintiff's second request for an extension of time. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due October 29, 2026;
- Defendant's Response Brief due December 28, 2026;
- Plaintiff's Reply Brief, if any, due January 11, 2027.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383

(718) 504-6962 fax

Cc: Candace Brown Casey , Esq. (Via ECF)
Attorney for Defendant.